UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-1928 JGB (SHKx)** | Date | March 30, 2022 |
| Title | *Marcus Colwin v. Lowes Home Centers, LLC, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:** Order (1) REQUIRING the Parties to Show Cause re: Lack of Prosecution No Later Than April 18, 2022; (2) COMPELLING the Parties to File Their Joint Rule 26(f) Report Not Later Than April 25, 2022; and (3) Resetting the Scheduling Conference to May 2, 2022 at 11:00 a.m. (IN CHAMBERS)

    On January 20, 2022, the Court issued an order setting a Scheduling Conference for March 21, 2022. ("March 21, 2022 Order," Dkt. No. 14.) Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's Order, the parties were required to file a Joint Rule 26(f) Report. On March 16, 2022, the Court issued a text entry order (Dkt. No. 15) vacating the Scheduling Conference and informing that a separate trial scheduling order would issue.

    As of the date of this order, the parties have not filed their Joint Rule 26(f) Report. Accordingly, the Court, on its own motion, ORDERS the parties to show cause why this matter should not be dismissed without prejudice for failure to prosecute. Link v. Wabash R. Co., 370 U.S. 626 (1962) (stating the court has inherent power to dismiss for lack of prosecution on its own motion). Each party is required to respond in writing, on or before April 18, 2022. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against either or both of the parties. The Court further ORDERS the parties to comply with its March 21, 2022 Order and file a Joint Rule 26(f) Report not later than April 25, 2022. The Scheduling Conference is reset for May 2, 2022, at 11:00 a.m.

    **IT IS SO ORDERED.**