Gregory P. Wong (SBN: 204502)
John F. Litwin (SBN: 301611)
Barkhordarian Law Firm, PLC
6047 Bristol Parkway, Second Floor
Culver City, California 90230
Telephone: (323) 450-2777
Facsimile: (310) 215-3416
Email: John@barklaw.com

Attorneys for Plaintiff
MARCUS COLWIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS COLWIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, A North Carolina Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01928 JGB (SHKx)_<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: October 12, 2021<br>Trial Date: None Set. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement has been circulated between the parties for review and approval. Once all of the appropriate

signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed. Plaintiff anticipates a Dismissal Stipulation as to all parties and causes of action will be filed in 45 days or less.

Dated: March 31, 2022            BARKHORDARIAN LAW FIRM, PLC

By: */s/ John F. Litwin*
Gregory P. Wong
John F. Litwin
Attorneys for Plaintiff
MARCUS COLWIN