Gregory P. Wong (SBN 204502)
Greg@barklawfirm.com
John F. Litwin (SBN 301611)
John@barklawfirm.com
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Tel: 323-450-2777

Attorneys for Plaintiff
MARCUS COLWIN

SEYFARTH SAW LLP
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
Sumithra R. Roberts (SBN 256078)
sroberts@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS COLWIN, an Individual, | CASE NO 5:21-cv-01928-JGB-SHK |
| Plaintiff, | Assigned to Hon. Dolly M. Gee |
| v. | **STIPULATION RE DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |
| LOWE'S HOME CENTERS, LLC, A North Carolina Limited Liability Company; and DOES 1 through 100, inclusive, | Complaint Filed: October 12, 2021<br>Trial Date: None Set |
| Defendants, | |

1
2  WHEREAS the parties to this action, and each of them have fully and finally
3  resolved all issues set forth in this case.
4  IT IS HEREBY STIPULATED by and between the undersigned counsel for
5  the parties pursuant to FRCP 41(a)(A)(ii) that this lawsuit is hereby dismissed with
6  prejudice in its entirety as to all parties and causes of action.
7
8                                          Respectfully submitted,
9
10 DATED: April 8, 2022              BARKHORDARIAN LAW FIRM, PLC
11
                                     */s/ John F. Litwin*
12                                   _____
13                                   Gregory P. Wong
                                     John F. Litwin
14                                   Attorneys for Plaintiff
                                     MARCUS COLWIN
15
16 DATED: April 8, 2022              SEYFARTH SHAW LLP
17
18                                   */s/ Sumithra R. Roberts*
                                     _____
19                                   Jonathan L. Brophy
20                                   Sumithra R. Roberts
                                     Attorneys for Defendant
21                                   LOWE'S HOME CENTERS, LLC
22
23
24
25
26
27
28